UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGUSTIN CHINO CAMACHO,<br><br>Defendant. | No.: 1:99-cr-05293-DAD-3<br><br>ORDER RE REQUEST FOR COUNSEL<br><br>(Doc. No. 340) |

The court is in receipt of defendant's *pro se* request for counsel to assist defendant in the filing of a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent the defendant in this regard. The FDO shall have 90 days from the filing of this order to file a § 3582 motion on defendant's behalf or to notify the court that it does not intend to file such a motion. Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's § 3582 motion. Should the FDO determine it is not appropriate for the FDO to file a § 3582 motion on defendant's behalf, defendant will be entitled

/////

/////

/////

to file such a motion *pro se*. The court will not construe defendant's request for counsel as a § 3582 motion.

IT IS SO ORDERED.

Dated:  **December 1, 2016**

_____
UNITED STATES DISTRICT JUDGE