UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AGUSTIN CHINO CAMACHO, | No. 1:99-cr-05293-DAD |
|---|---|
| Petitioner, | |
| v. | ORDER FOR OPPOSITION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner Agustin Chino Camacho is a federal prisoner who has filed a *pro se* motion to reduce a prison sentence imposed against him in this case pursuant to 18 U.S.C. § 3582(c)(2). (*See* Doc. No. 340.) The Federal Defender's Office has filed a notice of non-supplementation of petitioner's *pro se* motion. (Doc. No. 342.) Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within forty-five days of electronic service of this order, the government shall file and serve a response to petitioner's pending § 3582 motion.

IT IS SO ORDERED.

Dated: **May 12, 2017**

UNITED STATES DISTRICT JUDGE

1